IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Great Lakes Dredge & Dock Company, LLC | § § § | |
| Plaintiff, | § § | Civil Action No. H-07-630 |
| v. | § § § | |
| Nelson Ramos | § § | |
| Defendant | § | |

ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on ~~February~~ March 3, 2008.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE