IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GREAT LAKES DREDGE & DOCK COMPANY, LLC,** | § § § | |
| Plaintiff, | § § | C.A. NO. 4:07-cv-00630 |
| v. | § § | |
| **NELSON RAMOS,** | § § | |
| Defendant. | § § | |

## JOINT STIPULATION AND MOTION FOR DISMISSAL AND FINAL JUDGMENT

Now come Plaintiff Great Lakes Dredge & Dock Company, L.L.C., and Defendant, Nelson Ramos, who file this Joint Stipulation and Motion for Dismissal and Final Judgment. This matter has been settled and compromised. Pursuant to FED. R. CIV. P. 41, the parties request dismissal of all claims against the Defendant with prejudice, and entry of final judgment a form of which has been drafted, approved by the parties and is attached hereto, with each party to bear its own costs.

Respectfully submitted,

THE BUZBEE LAW FIRM

*[signature]*
Anthony G. Buzbee
TBA: 24001820
Sean E. O'Rourke
TBA: 24646547
THE BUZBEE LAW FIRM
104 21st Street (Moody Avenue)
Galveston, Texas 77550-1617
**ATTORNEY FOR PLAINTIFF
NELSON RAMOS**


LEGGE, FARROW, KIMMITT, MCGRATH & BROWN, L.L.P.

*[signature]*
James T. Brown
TBA: 03138150
jimbrown@leggefarrow.com
Alexander C. Papandreou
TBA: 00791401
apapandreou@leggefarrow.com
6363 Woodway, Suite 400
Houston, Texas 77057
Phone: (713) 917-0888
Fax:    (713) 953-9470
**ATTORNEYS FOR DEFENDANT
GREAT LAKES DREDGE &
DOCK COMPANY, L.L.C.**

## CERTIFICATE OF SERVICE

    I hereby certify that service of the foregoing was on this date automatically accomplished on all known Filing Users through the Notice of Electronic Filing. Service on any party or counsel who is not a Filing User was accomplished via E-mail, Certified Mail/RRR and or U.S. First Class Mail, in accordance with the Federal Rules of Civil Procedure on the 19th day of ~~February~~ March 2008.

                                            /s/ *Alexander C. Papandreou*
                                            Alexander C. Papandreou